# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1376

_____

| | | |
|---|---|---|
| Eddie S. Morse, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Gary Vinson, Oscar E. Jones; Tom | * | |
| Allen; Scott Stalker; Linda Boone; | * | [UNPUBLISHED] |
| Don McSpadden; Chaney Taylor; | * | |
| Tim Weaver; Claudia Nobles; Ann | * | |
| McCarthy; Keith Bowers; Mike | * | |
| Munday, Sgt.; Does, Municipal | * | |
| Court Clerks, and Unknown County | * | |
| Jail Personnel, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 26, 2010
Filed: September 3, 2010
_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Eddie Morse appeals the district court's[1] dismissal of his complaint in which, among other things, he sought declaratory and injunctive relief for alleged violations of the Racketeer Influenced and Corrupt Organizations Act, see 18 U.S.C. §§ 1961-1968. Upon careful de novo review, we conclude that the complaint was properly dismissed for the reasons explained by the district court. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.